UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Rondeau

    v.            Civil No. 09-cv-402-JL

Rogers et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Landya B. McCafferty dated July 8, 2010.

SO ORDERED.

July 29, 2010          _____
                  Joseph N. Laplante
                  United States District Judge

cc: Kevin Rondeau , Pro se